# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 6:19-CR-00002-JDK-JDL |
| v. | § |
| | § |
| | § |
| KAMERON LAINE WALLER | § |
| | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Kameron Laine Waller be sentenced to a period of 12 months' imprisonment with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Bryan, if available. The Court also **RECOMMENDS** that Defendant receive substance abuse treatment and counseling, if available.

So **ORDERED** and **SIGNED** this **3rd** day of **May, 2021.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE